UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BRIAN DODD,

    Plaintiff,

v.                                          CASE NO: 8:09-CV-1872-T-27AEP

CHRIS JAMES WOODS, et al.,

    Defendants.
_____/

**ORDER**

**BEFORE THE COURT** is the Report and Recommendation submitted by the Magistrate Judge (Dkt. 53). Plaintiff has filed no objections to the Report and Recommendation and the time for filing objections has expired.

After careful consideration of Report and Recommendation in conjunction with an independent examination of the file, the Court is of the opinion that the Report and Recommendation should be adopted, confirmed, and approved in all respects. Accordingly, the Report and Recommendation (Dkt. 53) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

Defendant Film Ranch International Inc.'s Amended Motion to Dismiss (Dkt. 35) is **GRANTED** in part to the extent that the Complaint (Dkt. 1) is **DISMISSED** with leave to amend.

On or before **June 28, 2010**, Plaintiff shall file an amended complaint that corrects the deficiencies set forth in the Magistrate Judge's report and complies with Rule 8(a) of the Federal Rules of Civil Procedure and other applicable rules. Failure to comply will result in dismissal of this

action with prejudice.

Defendant Film Ranch International Inc.'s Motion for Leave to File Reply (Dkt. 41) is **DENIED** as moot.

Plaintiff's Motion to Add Parties (Dkt. 38) is **DENIED**.

Plaintiff's Motion for Leave to Amend the Complaint (Dkt. 43) is **DENIED** as moot.

**DONE AND ORDERED** at Tampa, Florida this 11th day of June, 2010.

JAMES D. WHITTEMORE
United States District Judge

COPIES FURNISHED TO:
Counsel/pro se parties of record